

December 29, 2010

U. S. Bankruptcy Court
Western District of North Carolina

                                              RE: Case # 10-40997
                                                    Andrew Kuharsky
                                                      Claim # 8

Dear Sirs:

   Greer State Bank is withdrawing Claim # 8 filed on the above referenced Case Number 10-40997. This claim was filed in error without the PDF file copies attached.

Sincerely,

*Linda B. Oliver*

Linda B. Oliver
Loan Administration