**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:                                                                                          CASE NO: 10-40997
Andrew S Kuharsky
Merry D Kuharsky
SSN# : XXX-XX-7670
SSN# : XXX-XX-6058

**TRUSTEE'S OBJECTION TO CLAIM**

**The undersigned Chapter 13 Trustee objects to the following proof of claim for the specific reason as set forth herein:**

| Trustee Claim # | Clerk Claim # | Creditor Name | Account Number | Filed Claim Amount | Amount Paid Through Plan | Claim Type |
|---|---|---|---|---|---|---|
| 29 | 8,9 | Greer State Bank | 4650 | $15,314.23 | $15,314.23 | U-Unsecured |

The plan as filed by the debtor(s) indicates the collateral claimed as security for this debt was to be surrendered to the creditor. If this objection is sustained, the claim as filed should be stricken, with the creditor allowed 120 days from the date of the order granting relief in this matter within which to file a deficiency claim, if any, which will be treated as a general unsecured claim.

The trustee's objection is intended to resolve the treatment of the claim under the Chapter 13 plan. It may not be determinative of the status of affected lien(s) upon discharge.

DATED:  6/22/2011                                                                Steven G. Tate
                                                                                                Standing Chapter 13 Trustee
                                                                                                PO Box 1778
                                                                                                Statesville, NC  28687-1778

**\*\*NOTICE OF OPPORTUNITY FOR HEARING ON REVERSE SIDE\*\***

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:
Andrew S Kuharsky                                          CASE NO: 10-40997
Merry D Kuharsky
SSN# :  XXX-XX-7670
SSN# :  XXX-XX-6058

## NOTICE OF OPPORTUNITY FOR HEARING

The Chapter 13 trustee has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  If you do not have an attorney, you may wish to consult one.**

If you do not want the court to eliminate or change your claim, then you or your attorney must file with the court a written response to the objection, explaining your position, and a request for a hearing within twenty  (20) days of the date of the service of this notice, at the following address:

CLERK, U.S. BANKRUPTCY COURT
PO Box 34189
Charlotte, NC  28234-4189

If you **mail** your response to the court for filing, you must mail it early enough for the court to **receive** it on or before the deadline stated above.

You must also mail a copy of your response to the debtors' attorney at the following mailing address:

JOSHUA B FARMER ESQ
Tomblin Farmer & Morris PLLC
PO Box 632
Rutherfordton, NC  28139

If you file a response, then a hearing on the trustee's objection will be held at the following time and place:

Date: July 29, 2011                        Time:  9:30 AM

Location:    Cleveland County Courthouse
             Courtroom #5
             Shelby , NC 28151

**No hearing will be held unless a response is filed.**

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Dated:  6/22/2011                                          Steven G. Tate
                                                           Chapter 13 Trustee

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**SHELBY DIVISION**

IN RE:   CASE NO: 10-40997
Andrew S Kuharsky
Merry D Kuharsky
SSN# : XXX-XX-7670
SSN# : XXX-XX-6058

**CERTIFICATE OF SERVICE**

The parties whose names and addresses are listed below were served by United States first class mail, postage prepaid on 6/22/2011.

A. Hamby
Office of the Chapter 13 Trustee

Andrew S Kuharsky, Merry D Kuharsky, 211 Sandstone Drive, Taylors, SC  29687
Greer State Bank, PO Box 1029, Greer, SC  29652