# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## SHELBY DIVISION

In Re: Andrew S Kuharsky       Merry D Kuharsky       Case Number   10-40997
     211 Sandstone Drive                                                         Judge:   George R. Hodges
     Taylors, SC  29687                                                           Dated:   June 24, 2011

SSN (1): XXX-XX-7670       SSN (2): XXX-XX-6058

## MOTION OF TRUSTEE FOR DETERMINATION OF STATUS OF CLAIMS IN CONFIRMED PLAN

The undersigned trustee in the above-referenced Chapter 13 case reports that he has examined the Proofs of Claim filed in the case and hereby moves that the claims be allowed as reported below for payment by the trustee under the terms of the confirmed plan. To the extent that any claim as reported differs from the claim as scheduled or filed, the trustee OBJECTS to that claim and classifies it as he believes proper under applicable law. The claims as reported herein include those proofs of claim believed by the trustee to have been filed pursuant to Federal Rule of Bankruptcy Procedure 3004.

**IF YOU ARE A CREDITOR, TAKE NOTICE THAT YOUR RIGHTS MAY BE AFFECTED BY THE FINAL DISPOSITION OF THE TRUSTEE'S MOTION.**

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| ANDERSON COUNTY TAX COLLECTOR | 15 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Auto-Owners Insurance | 20 | | U-Unsecured | 80 | $0.00 | NOT FILED | 7300 |
| BAC Home Loans Servicing LP | 3 | 18 | M-Mortgage/Lease | 30 | $157,301.96 | CONDUIT | 4030 |
| BAC Home Loans Servicing LP | 7 | 18 | N-Mortgage/Lease Arrea | 50 | $2,801.96 | $2,801.96 | 4030 |
| BANK OF TRAVELERS REST | 4 | | U-Unsecured | 80 | $0.00 | NOT FILED | 6354 |
| BANK OF TRAVELERS REST | 21 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5476 |
| BANK OF TRAVELERS REST | 22 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9393 |
| BB&T Loan Services | 24 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9001 |
| BB&T Loan Services | 25 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9002 |
| BRANCH BANKING AND TRUST CO | 23 | 3 | U-Unsecured | 80 | $4,454.99 | $4,454.99 | 4279 |
| BRANCH BANKING AND TRUST CO | 37 | 1 | U-Unsecured | 80 | $12,243.67 | $12,243.67 | 5292 |
| BRANCH BANKING AND TRUST CO | 38 | 2 | U-Unsecured | 80 | $37,912.52 | $37,912.52 | 5291 |
| BRANCH BANKING AND TRUST CO | 5 | 4 | W-Mortgage Early Payo | 30 | $49,137.50 | $49,137.50 | 5293 |
| BRANCH BANKING AND TRUST CO | 8 | 4 | N-Mortgage/Lease Arrea | 50 | $847.81 | STOP PAY | 5293 |
| BRANCH BANKING AND TRUST CO | 40 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| Brooks Flooring Services Inc | 26 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4247 |
| CAROLINA FIRST BANK | 27 | | U-Unsecured | 80 | $0.00 | NOT FILED | 9249 |
| CHASE HOME FINANCE LLC | 28 | 5 | U-Unsecured | 80 | $53,148.23 | STOP PAY | 5623 |
| CHASE HOME FINANCE LLC | 9 | | U-Unsecured | 80 | $0.00 | NOT FILED | 5623 |
| CHASE HOME FINANCE LLC | 6 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| FIA CARD SERVICES AKA BANK OF AMERICA | 19 | 6 | U-Unsecured | 80 | $17,722.94 | $17,722.94 | 2669 |
| GE Money Bank | 32 | 14 | U-Unsecured | 80 | $3,000.32 | $3,000.32 | 8866 |

CASE NO: 10-40997                                          DEBTORS: Andrew S Kuharsky AND Merry D Kuharsky

| Payee | Trustee Claim # | Clerk Claim # | Type | Level | Filed Claim Amt | Allowed Claim Amt | Acct # (Last 4) |
|---|---|---|---|---|---|---|---|
| Greenville County Tax Collector | 16 | 7 | P-Priority | 50 | $4,398.34 | $1,671.41 | |
| Greer State Bank | 29 | 8,9 | U-Unsecured | 80 | $15,314.23 | $15,314.23 | 4650 |
| Greer State Bank | 41 | | U-Unsecured | 80 | $0.00 | NOT FILED | 4650 |
| Household Finance Co | 31 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| INTERNAL REVENUE SERVICE | 17 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| Joshua B Farmer Esq | 1 | | B-Base Attorney Fee(s) | 20 | $3,000.00 | $3,000.00 | |
| Joshua B Farmer Esq | 2 | | B-Base Attorney Fee(s) | 50 | $0.00 | $0.00 | |
| NATIONAL BANK OF SOUTH CAROLINA | 13 | 17 | M-Mortgage/Lease | 98 | $48,395.46 | PAY OUTSIDE | 50-9 |
| NATIONAL BANK OF SOUTH CAROLINA | 35 | 16 | U-Unsecured | 97 | $18,245.86 | STOP PAY | 50-5 |
| Nelon-Cole Termite & Pest Control | 33 | | U-Unsecured | 80 | $0.00 | NOT FILED | |
| PORTFOLIO RECOVERY ASSOC LLC | 30 | 15 | U-Unsecured | 80 | $1,199.43 | $1,199.43 | 4841 |
| REAL TIME RESOLUTIONS | 10 | 13 | U-Unsecured | 80 | $59,807.78 | $59,807.78 | 0812 |
| Ronald M Boiter | 11 | | M-Mortgage/Lease | 98 | $0.00 | PAY OUTSIDE | |
| SOUTH CAROLINA DEPT OF REVENUE | 18 | | Z-Notice Only | 99 | $0.00 | NOT FILED | |
| SUNTRUST MORTGAGE INC | 12 | 10 | U-Unsecured | 80 | $63,142.10 | $63,142.10 | 9160 |
| Synovus Bank | 39 | 11 | U-Unsecured | 80 | $14,725.03 | $14,725.03 | |
| The National Bank of SC | 34 | | U-Unsecured | 80 | $0.00 | NOT FILED | 0004 |
| Woodard & Butler | 36 | | U-Unsecured | 80 | $0.00 | NOT FILED | 3697 |
| World Omni Financial Corp | 14 | 12 | S-Secured-Pro-Rata | 50 | $8,238.71 | $8,238.71 | 6037 |

   Wherefore, the trustee respectfully requests that the Court grant his motion and classify the claims for payment by the trustee as set forth herein, and that it grant such other and further relief as is appropriate and just.

Dated:  June 24, 2011                    Steven G. Tate
                                         Standing Chapter 13 Trustee
                                         PO Box 1778
                                         Statesville, NC  28687-1778

CASE NO:  10-40997                                           DEBTORS: Andrew S Kuharsky AND Merry D Kuharsky

## NOTICE OF MOTION OF TRUSTEE FOR DETERMINATION
## OF STATUS OF CLAIMS IN CONFIRMED PLAN

The Chapter 13 trustee has filed a motion in the above-referenced Chapter 13 case for determination of status of claims, for payment by the trustee under the debtors' confirmed plan.

YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you want to object to the classification and/or treatment of your claim as contained in the trustee's motion, then you or your attorney must file with the court a written response to the motion and a request for hearing, within thirty (30) days of the date of this notice at the following address:

> CLERK, U.S. BANKRUPTCY COURT
> PO BOX 34189
> CHARLOTTE, NC  28234-4189

If you MAIL your response to the court for filing, you must mail it early enough for the court to RECEIVE it on or before the deadline stated above.

**Please refer to the trustee's claim number in any response you may file.**

NO HEARING WILL BE HELD UNLESS A RESPONSE IS FILED.

If you file a response, then a hearing on the trustee's motion will be on Friday, July 29, 2011 at 9:30 am at the following address.

> Cleveland County Courthouse
> Courtroom #5
> Shelby, NC  28151

If you or your attorney do not take these steps, the court may decide that you do not oppose the classification and treatment of your claim as reported by the trustee, and grant the motion.

Dated:  June 24, 2011                                              Steven G. Tate
                                                                              Standing Chapter 13 Trustee
                                                                              By:  A. Hamby

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### SHELBY DIVISION

| | | |
|---|---|---|
| In Re: Andrew S Kuharsky<br>211 Sandstone Drive<br>Taylors, SC 29687<br>SSN (1): XXX-XX-7670 | Merry D Kuharsky<br><br><br>SSN (2): XXX-XX-6058 | Case Number:  10-40997<br>Judge:  George R. Hodges<br>Dated:  6/24/2011 |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies a copy of the attached document has been served on the parties whose names and addresses are listed below by United States first class mail, postage prepaid on June 24, 2011.

                A. Hamby_____
                Office of the Chapter 13 Trustee

ANDERSON COUNTY TAX COLLECTOR, PO BOX 8002, ANDERSON, SC 29622-8002
Andrew S Kuharsky, Merry D Kuharsky, 211 Sandstone Drive, Taylors, SC 29687
Auto-Owners Insurance, PO Box 30315, Lansing, MI 48909-7815
BAC Home Loans Servicing LP, Bankruptcy Department, Mail Stop CA6-919-01-23, 400 National Way, Simi Valley, CA 93065
BAC Home Loans Servicing LP, Mail Stop TX2-982-03-03, 7105 Corporate Drive, Plano, TX 75024-4100
BANK OF TRAVELERS REST, PO BOX 1067, TRAVELERS REST, SC 29690-1067
BB&T Loan Services, MC: 100-50-02-57, PO Box 2306, Wilson, NC 27894
BRANCH BANKING AND TRUST CO, BANKRUPTCY SECTION, PO BOX 1847, WILSON, NC 27894-1847
BROCK & SCOTT PLLC, SEAN M CORCORAN, 5121 PARKWAY PLAZA DR STE 300, CHARLOTTE, NC 28217
Brooks Flooring Services Inc, 3303-A Rutherford Rd, Taylors, SC 29687
CAROLINA FIRST BANK, PO BOX 1029, GREENVILLE, SC 29602-1029
Chase Home Finance LLC, 10790 Rancho Bernardo Rd, San Diego, CA 92127
CHASE HOME FINANCE LLC, 3415 VISION DR, COLUMBUS, OH 43219-6009
CHASE HOME FINANCE LLC, PO BOX 24696, COLUMBUS, OH 43224-0696
FIA CARD SERVICES AKA BANK OF AMERICA, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA 19355-0701
GE Money Bank, Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Ste 1120, Miami, FL 33131
Greenville County Tax Collector, 301 University Ridge, Suite 700, Greenville, SC 29601
Greenville County Tax Collector, PO Box 100221, Columbia, SC 29202-3221
Greer State Bank, PO Box 1029, Greer, SC 29652
Household Finance Co, PO Box 4153, Carol Stream, IL 60197
INTERNAL REVENUE SERVICE, PO BOX 21125, PHILADELPHIA, PA 19114
Joseph J. Vonnegut, Hutchens Senter & Britton PA, PO Box 2505, Fayetteville, NC 28302
NATIONAL BANK OF SOUTH CAROLINA, C/O COLUMBUS BANK AND TRUST, 1148 BROADWAY, COLUMBUS, GA 31901
Nelon-Cole Termite & Pest Control, 201 N Main St, PO Box 367, Boiling Springs, NC 28017
PORTFOLIO RECOVERY ASSOC LLC, PO BOX 12914, NORFOLK, VA 23541-0914
Portfolio Recovery Associates, PO Box 41067, Norfolk, VA 23541
REAL TIME RESOLUTIONS, SUITE 120, 1750 REGAL ROW, DALLAS, TX 75235-2287
Ronald M Boiter, PO Box 426, Simpsonville, SC 29681
Sarah D Miranda, Hutchens Senter & Britton PA, Bankruptcy Dept., PO Box 2505, Fayetteville, NC 28302
SARAH D MIRANDA, PO BOX 2505, FAYETTEVILLE, NC 28302
Sean M Corcoran, 5121 Parkway Plaza Blvd Suite 300, Charlotte, NC 28217
SOUTH CAROLINA DEPT OF REVENUE, PO BOX 12265, COLUMBIA, SC 29211
SUNTRUST MORTGAGE INC, PO BOX 27767, RICHMOND, VA 23260-6149
Synovus Bank, PO Box 1798, Sumter, SC 29151
The National Bank of SC, Po Box 1798, Sumter, SC 29151
Woodard & Butler, Att at Law, PO Box 1906, Walterboro, SC 29488
World Omni Financial Corp, c/o Weltman Weinberg and Reis Co LPA, 323 W Lakeside Ave 2nd Fl, Cleveland, OH 44113
World Omni, PO Box 991817, Mobile, AL 36691-8817

Total Served: 38